No. 17,072.

ESTATE OF HORTON.
GEHM *v.* BROWN.
(265 P. [2d] 237)

Decided December 28, 1953.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. LEO W. RECTOR, Mr. HAYDEN W. KANE, Mr. FRANK ENGLAND, for plaintiff in error.

Mr. C. R. MONSON, Mr. ROBERT H. GLEASON, for defendant in error.